**Deny Order Entered September 29, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00718-CV

## IN RE JAY SANDON COOPER AND TERESA WARD COOPER, Relators

**Original Proceeding from the Local Administrative Law Judge**
**Collin County, Texas**
**Trial Court Cause No. Not Assigned, Petition not Filed**

## ORDER
Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE